UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TRANSPORTATION AND LOGISTICAL SERVICES, INC. | CIVIL ACTION NO. |
| VERSUS | SECTION |
| H & E EQUIPMENT SERVICES, INC. | MAGISTRATE NO. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Transportation and Logistical Services, Inc., a Georgia corporation with principal place of business in the State of Alabama, and for its complaint, respectfully avers:

I.

Made defendant is H & E Equipment Services, Inc., a Delaware corporation with principal place of business in the State of Louisiana.

II.

Jurisdiction is proper pursuant to 28 USC 1332 in that plaintiff and defendant are citizens of different states, and the amount in controversy is in excess of $75,000.00.

III.

Venue is proper in this District in that the defendant is subject to personal jurisdiction in this District, and maintains its principal place of business in this District.

IV.

From approximately February 28, 2020 through April 28, 2020, plaintiff provided freight brokerage and logistical services to defendant by arranging transportation of defendant's freight or other equipment from place to place, on open account.

V.

Despite invoice correctly setting forth the amount owed, defendant has failed and refused to pay plaintiff's invoice on 54 occasions, totaling $67,860.00:

| Invoice | Reference | Bill date | Amount | Age | Customer Code | City, State | Zip Code |
|---|---|---|---|---|---|---|---|
| 0069962 | PO# 4502764665 | 04/10/2020 | $1,050.00 | 75 | HEEQUIT4 | CORPUS CHRISTI, TX | 78409 |
| 0069847 | DOC 6035546 | 04/06/2020 | $4,300.00 | 79 | HEEQUIG1 | DECATUR, GA | 30035 |
| 0069943 | DOC # 6052881 | 04/09/2020 | $ 865.00 | 76 | HEEQUIG1 | DECATUR, GA | 30035 |
| 0070225 | po# 4502777545 | 04/24/2020 | $ 475.00 | 61 | HEEQUIS1 | GREER, SC | 29651 |
| 0069365 | DOC 5945339 | 03/17/2020 | $1,035.00 | 99 | HEEQUITN | NASHVILLE, TN | 37207 |
| 0069457 | Pro# 2053250 | 03/19/2020 | $ 575.00 | 97 | HEEQUITN | NASHVILLE, TN | 37207 |
| 0069486 | Pro# 2053451 | 03/19/2020 | $ 425.00 | 97 | HEEQUITN | NASHVILLE, TN | 37207 |
| 0069631 | DOC # 5984787 | 03/26/2020 | $ 975.00 | 90 | HEEQUITN | NASHVILLE, TN | 37207 |
| 0069738 | JCB 508-66 | 04/01/2020 | $1,225.00 | 84 | HEEQUITN | NASHVILLE, TN | 37207 |
| 0069752 | DOC 6015071 | 04/01/2020 | $1,425.00 | 84 | HEEQUITN | NASHVILLE, TN | 37207 |
| 0069753 | Bell B30E | 04/01/2020 | $2,275.00 | 84 | HEEQUITN | NASHVILLE, TN | 37207 |
| 0069851 | DOC 6045867 | 04/08/2020 | $1,000.00 | 77 | HEEQUITN | NASHVILLE, TN | 37207 |
| 0069874 | DOC 6035378 | 04/06/2020 | $1,325.00 | 79 | HEEQUITN | NASHVILLE, TN | 37207 |
| 0069905 | DOC 6030109 | 04/07/2020 | $2,400.00 | 78 | HEEQUITN | NASHVILLE, TN | 37207 |
| 0069908 | PRO 2057414 | 04/07/2020 | $ 525.00 | 78 | HEEQUITN | NASHVILLE, TN | 37207 |
| 0069951 | DOC 6054865; 6054870; 6055074 | 04/09/2020 | $1,450.00 | 76 | HEEQUITN | NASHVILLE, TN | 37207 |
| 0069990 | DOC # 6064113 | 04/13/2020 | $ 875.00 | 72 | HEEQUITN | NASHVILLE, TN | 37207 |
| 0070093 | DOC 6093177 | 04/20/2020 | $1,225.00 | 65 | HEEQUITN | NASHVILLE, TN | 37207 |
| 0069366 | DOC # 5948459 | 03/17/2020 | $ 900.00 | 99 | HEEQUIF4 | MIDWAY, FL | 32343 |
| 0070023 | 4502768569 | 04/15/2020 | $1,165.00 | 70 | HEEQUIV1 | ASHLAND, VA | 23005 |
| 0070026 | PO 4502768569 | 04/23/2020 | $1,200.00 | 62 | HEEQUIV1 | ASHLAND, VA | 23005 |
| 0070136 | PO 4502768569 | 04/22/2020 | $1,000.00 | 63 | HEEQUIV1 | ASHLAND, VA | 23005 |
| 0070143 | 20'x90"x116" and Exc Bucket | 04/22/2020 | $ 875.00 | 63 | HEEQUIGA | SUWANEE, GA | 30024 |
| 0070151 | DOC 6105698 | 04/22/2020 | $1,700.00 | 63 | HEEQUIGA | SUWANEE, GA | 30024 |
| 0070164 | DOC 6111775 | 04/24/2020 | $1,700.00 | 61 | HEEQUIGA | SUWANEE, GA | 30024 |
| 0070165 | DOC 6111750 | 04/23/2020 | $1,700.00 | 62 | HEEQUIGA | SUWANEE, GA | 30024 |
| 0070166 | DOC 6111723 | 04/23/2020 | $1,700.00 | 62 | HEEQUIGA | SUWANEE, GA | 30024 |
| 0070167 | DOC 6092477 | 04/23/2020 | $1,500.00 | 62 | HEEQUIGA | SUWANEE, GA | 30024 |
| 0070168 | DOC 6092477 | 04/24/2020 | $1,500.00 | 61 | HEEQUIGA | SUWANEE, GA | 30024 |
| 0070169 | DOC 6092477 | 04/24/2020 | $1,500.00 | 61 | HEEQUIGA | SUWANEE, GA | 30024 |
| 0069589 | (2) HB-1430 Scissor Lifts | 03/25/2020 | $ 700.00 | 91 | HEEQUIAL | MADISON, AL | 353758 |
| 0069733 | DOC 5983293 | 03/31/2020 | $1,175.00 | 85 | HEEQUIAL | MADISON, AL | 353758 |
| 0069861 | DOC 6032977 | 04/06/2020 | $ 450.00 | 79 | HEEQUIAL | MADISON, AL | 353758 |
| 0069935 | DOC 6055324 | 04/09/2020 | $ 875.00 | 76 | HEEQUIAL | MADISON, AL | 353758 |
| 0070020 | PO#4502768929 | 04/17/2020 | $ 750.00 | 68 | HEEQUIAL | MADISON, AL | 353758 |
| 0070034 | PO#4502768929 | 04/20/2020 | $ 975.00 | 65 | HEEQUIAL | MADISON, AL | 353758 |
| 0070216 | PO 4502776798 | 04/24/2020 | $ 750.00 | 61 | HEEQUIAL | MADISON, AL | 353758 |
| 0068958 | 5874641 | 03/03/2020 | $ 875.00 | 113 | HEEQUIM1 | DUNDALK, MD | 21222 |
| 0070052 | ORDER 34012867 | 04/16/2020 | $1,000.00 | 69 | HEEQUIMS | JACKSON, MS | 39212 |
| 0070070 | PO# 4502770918-4012 | 04/16/2020 | $ 625.00 | 69 | HEEQUIMS | JACKSON, MS | 39212 |
| 0070079 | PO# 4502771143 | 04/17/2020 | $ 625.00 | 68 | HEEQUIMS | JACKSON, MS | 39212 |
| 0070094 | `PO# 4502771817-4012 | 04/17/2020 | $ 625.00 | 68 | HEEQUIMS | JACKSON, MS | 39212 |
| 0070103 | DOC 6092526 | 04/20/2020 | $ 525.00 | 65 | HEEQUIMS | JACKSON, MS | 39212 |
| 0070140 | PO# 4502773910-4012 | 04/21/2020 | $ 600.00 | 64 | HEEQUIMS | JACKSON, MS | 39212 |
| 0070203 | PO# 4502776331-4012 | 04/24/2020 | $1,100.00 | 61 | HEEQUIMS | JACKSON, MS | 39212 |
| 0070244 | DOC 6126936 | 04/27/2020 | $ 500.00 | 58 | HEEQUIMS | JACKSON, MS | 39212 |
| 0069933 | PRO 2057725 | 04/08/2020 | $ 595.00 | 77 | HEEQUIN1 | CHARLOTTE, NC | 28273 |
| 0070101 | PO# 4502772086 | 04/20/2020 | $5,875.00 | 65 | HEEQUIN1 | CHARLOTTE, NC | 28273 |
| 0070144 | PO 4502774194 | 04/22/2020 | $ 850.00 | 63 | HEEQUIN1 | CHARLOTTE, NC | 28273 |
| 0070264 | DOC 6130419 | 04/28/2020 | $ 850.00 | 57 | HEEQUIN1 | CHARLOTTE, NC | 28273 |
| 0070265 | DOC 6130419 | 04/29/2020 | $ 850.00 | 56 | HEEQUIN1 | CHARLOTTE, NC | 28273 |
| 0070011 | DOC # 6071131 | 04/15/2020 | $2,275.00 | 70 | HEEQUINM | ALBUQUERQUE, NM | 87105 |
| 0070012 | DOC # 6068419 | 04/16/2020 | $2,275.00 | 69 | HEEQUINM | ALBUQUERQUE, NM | 87105 |
| 0070100 | 4502771852 | 04/20/2020 | $2,275.00 | 65 | HEEQUINM | ALBUQUERQUE, NM | 87105 |

VI.

Pursuant to the agreement between the parties, defendant agreed to pay plaintiff's invoice within thirty (30) days from invoice date without deduction or setoff. Defendant has breached the contractual agreement in bad faith.

VII.

Defendant has failed to pay the open account within thirty (30) days from written demand therefor. Plaintiff is entitled to recover reasonable attorney fees in addition to the principal amount due, which reasonable attorney fees are an amount to be fixed by the Court, in excess of $10,000.00.

WHEREFORE, plaintiff, Transportation and Logistical Services, Inc., prays that after citation and service, and all due proceedings are had, that it be awarded judgment in its favor and against defendant, H & E Equipment Services, Inc., in such amounts as are reasonable in the premises, together with reasonable attorney fees, interest from date of indebtedness and all costs of this proceeding.

S/KEVIN O'BRYON
KEVIN O'BRYON (LSBA 10151)
O'Bryon & Schnabel, APLC
935 Gravier Street, Suite 900
Telephone: (504) 799-4200
Facsimile: (504) 799-4211